# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ALLIED WORLD INSURANCE COMPANY | : CIVIL ACTION |
|---|---|
| v. | : NO. 19-2467 |
| PERDOMO INDUSTRIAL, LLC, *et al.* | : |

## ORDER

**AND NOW**, this 13th day of November 2019, upon considering the Defendants' Motion to set aside default (ECF Doc. No. 25), with Opposition (ECF Doc. No. 32), Plaintiff's Motion for specific damages (ECF Doc. No. 28), Defendants' Response (ECF Doc. No. 33), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendants' Motion to set aside default (ECF Doc. No. 25) is **GRANTED** and we **vacate** the October 7, 2019 entry of default and Defendants shall respond to the amended Complaint (ECF Doc. No. 4) no later than **November 20, 2019**; and,

2. Plaintiff's Motion for specific damages (ECF Doc. No. 28) is **DENIED** as moot and we **cancel** our November 15, 2019 hearing as moot.

_____
KEARNEY, J.