**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ALLIED WORLD INSURANCE COMPANY** | : **CIVIL ACTION** |
| | : |
| v. | : **NO. 19-2467** |
| | : |
| **PERDOMO INDUSTRIAL, LLC,** *et al.* | : |

## ORDER

**AND NOW**, this 15th day of April 2020, upon considering the Defendant Orlando Perdomo, Sr.'s Motion to dismiss (ECF Doc. No. 79) the second amended Complaint (ECF Doc. No. 62), Plaintiff's Response (ECF Doc. No. 87), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion to dismiss (ECF Doc. No. 79) is **GRANTED in part** and **DENIED in part**:

1. Defendant Orlando Perdomo, Sr.'s Motion to dismiss for lack of personal jurisdiction is **GRANTED**;

2. We **SEVER** Defendant Orlando Perdomo, Sr. from this ongoing case against the remaining entity Defendants who waived the successful personal jurisdiction arguments;

3. We **TRANSFER** Plaintiff's three fraudulent conveyance claims against Defendant Orlando Perdomo, Sr. to the Clerk of the United States District Court for the Eastern District of Virginia;

4. We **DENY** Defendant's motion to dismiss for improper venue as moot but mindful Plaintiff did not oppose Defendant Orlando Perdomo, Sr.'s motion to transfer venue for convenience grounds;

5. We **DENY** Defendant Orlando Perdomo, Sr.'s motion to dismiss for failing to state a claim without prejudice to be renewed before the transferee judge; and,

6. Plaintiff and the remaining Defendants shall, on or before **April 20, 2020,** either: stipulate to the transfer of the remaining claims to join claims against Defendant Orlando Perdomo, Sr. in the United States District Court for the Eastern District of Virginia; or, each **show cause** in memoranda not exceeding ten pages as to why we should not transfer the remaining claims to the United States District Court for the Eastern District of Virginia under 28 U.S.C. § 1404(a) and *Jumara v. State Farm Ins. Co.,* 55 F.3d 873, 879 (3d Cir. 1995).

_____
**KEARNEY, J.**